# EXHIBIT B

LAW OFFICES
## RENNER, OTTO, BOISSELLE & SKLAR, LLP
1621 EUCLID AVENUE, NINETEENTH FLOOR
CLEVELAND, OHIO 44115-2191
TEL: (216) 621-1113   FAX: (216) 621-6165
EMAIL: MailRoom@RennerOtto.com

April 11, 2012

Senders email: wasklar@rennerotto.com

President / Owner
Paladar
2115 N. Milwaukee Avenue
Chicago, IL 60647

Via Certified Mail; Return Receipt Requested
and via Email contactus@paladarchicago.com

Re: Infringement of U.S. Trademark Registration No. 3,649,857 for PALADAR
Our file: PALA.G102

Gentlemen:

Our client, PLK Restaurants LLC, is the owner of U.S. Trademark Registration No. 3,649,857 for PALADAR for Bar and restaurant services; Restaurant; Restaurant and bar services; Restaurant services. A copy of the U.S. Trademark Registration is attached.

It has come to the attention of our client that you are preparing to open a restaurant in the Chicago, Illinois area using the name Paladar. Your use of Paladar or any mark that is confusingly similar for restaurants and/or bar services is likely to cause confusion or mistake by actual and potential consumers as well as by vendors and suppliers. Such use would be an illegal infringement of our client's valuable intellectual property rights.

Accordingly, on behalf of our client, we require that you cease any and all further use of Paladar or any similar mark in connection restaurant and/or bar services, that you remove Paladar and any similar mark from all websites and marketing materials and that you agree that you will not ever use and/or apply to register as a trademark, trade name or the like Paladar or any similar mark in the future.

Your prompt written reply indicating your intentions is respectfully requested.

Very truly yours,

Warren A. Sklar

Enclosure
cc:   PLK Restaurants LLC

EXHIBIT
B